UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AHMAD A. ALSALAHAT, <br> A# 245 964 030 | § § § | |
| Petitioner, | § | CIVIL ACTION NO. 4:25-cv-06107 |
| v. | § § § | |
| WARDEN, HOUSTON PROCESSING CENTER, *et al.*, | § § § § | |
| Respondents. | § | |

## ORDER

On December 31, 2025, entered a Temporary Restraining Order ordering, among other things, the petitioner's immediate release from custody. (*See* Dkt. No. 5).

**Within seven (7) days of the date of this Order, counsel for the petitioner is ORDERED to file a status report with the court detailing what further relief, if any, the petitioner seeks from the court or whether this matter can be dismissed without prejudice as moot**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on February 6, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge